# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO WARREN, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>STANISLAUS COUNTY SUPERIOR COURT, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00405-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE AN AMENDED APPLICATION WITHIN THIRTY DAYS<br><br>(ECF No. 2) |

On March 13, 2023, Alonzo Warren, Jr., ("Plaintiff"), currently incarcerated at the Stanislaus Public Safety Center in Modesto, California, and proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The action was initially filed in the Sacramento Division, but on March 17, 2023, the action was transferred to the Fresno Division. (ECF No. 4.) Along with the complaint, Plaintiff filed an application to proceed without prepayment of fees in this action. (ECF No. 2.) Plaintiff's application is not properly completed, and contains no trust fund account, or certification from an authorized officer. Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action as the application is not complete.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is HEREBY DENIED without prejudice;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an application to proceed *in forma pauperis* which includes a certified copy of his trust account statement showing transactions for the past six months; and

3. Failure to file a complete application to proceed *in forma pauperis* in compliance with this order will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **March 21, 2023**

UNITED STATES MAGISTRATE JUDGE