UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO WARREN, JR., <br><br> Plaintiff, <br><br> v. <br><br> STANISLAUS COUNTY SUPERIOR COURT, et al, <br><br> Defendants. | No. 1:23-cv-00405-ADA-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DISMISSING THIS ACTION FOR FAILURE TO COMPLY WITH COURT ORDER, FAILURE TO PROSECUTE, AND FAILURE TO PAY FILING FEE <br><br> (ECF No. 9) |

Plaintiff Alonzo Warren, Jr. ("Plaintiff"), currently incarcerated at the Stanislaus Public Safety Center in Modesto, California and proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (ECF No. 2.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 21, 2023, the Magistrate Judge denied Plaintiff's initial IFP application without prejudice, due to it not being properly completed, and ordered Plaintiff to either pay the filing fee or submit an amended application within 30 days of service. (ECF No. 6.) Therein, the Magistrate Judge advise Plaintiff that "[f]ailure to file a complete application to proceed *in forma pauperis* in compliance with [the Court's] order will result in the recommendation that this action

1

be dismissed." (*Id*. at 2.) Plaintiff did not submit an amended IFP application nor paid the filing fee.

On May 5, 2023, the Magistrate Judge issued findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to pay the filing fee, or file an application to proceed IFP in this action, failure to abide by the Court's order, and failure to prosecute. (ECF No. 9.) The Magistrate Judge provided Plaintiff fourteen days to file objections to the findings and recommendations. (*Id*.) The deadline to file objections to the findings and recommendations has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations filed May 5, 2023, (ECF No. 9), are ADOPTED IN FULL;
2. This action is DISMISSED for Plaintiff's failure to pay the filing fee or file an application to proceed *in forma pauperis* in this action, failure to abide by the Court's order, and failure to prosecute; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   July 20, 2023

UNITED STATES DISTRICT JUDGE

2